**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PAUL A. AND MELISSA D. BRINTZENHOFF,** <br><br> **Debtors** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 14-16095 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date, Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, along with the proposed Second Amended Chapter 13 Plan were served upon the addresses listed below by way of electronic means on September 6, 2016 and/or via first class mail on September 13, 2016:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, readingecf@ramapo.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JEROME B. BLANK on behalf of Creditor   Green Tree Servicing LLC - paeb@fedphe.com

PAUL WILLIAM CRESSMAN on behalf of Creditor Green Tree Servicing LLC - paeb@fedphe.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor Green Tree Servicing LLC - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

JOSEPH PATRICK SCHALK on behalf of Creditor Bank of America, N.A. - paeb@fedphe.com

JOSEPH PATRICK SCHALK on behalf of Creditor Green Tree Servicing LLC - paeb@fedphe.com

Ally Bank serviced by Ally Servicing LLC
PO Box 130424
Roseville, MN 55113-0004

Diamond Credit Union
1600 Medical Drive
Pottstown, PA 19464

Paul A. and Melissa D. Brintzenhoff
322 Fancy Hill Road
Boyertown, PA  19512

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610
(610) 779-0772