**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re: <br><br> **PAUL A. AND MELISSA D. BRINTZENHOFF,** <br><br> Debtors | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 14-16095 REF** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtors' Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and the Debtors request that the court grant the Debtors' Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, as the Motion is uncontested.

Date:  September 27, 2016

                                    Respectfully submitted,

                                    **Hartman, Valeriano, Magovern & Lutz, P.C.**

        by:        */s/ George M. Lutz*

                                    George M. Lutz, Esquire
                                    1100 Berkshire Blvd., Suite 301
                                    Wyomissing, PA  19610
                                    Attorney I.D. No. 46437
                                    Phone:  610-779-0772