# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In Re: | Chapter 13 Bankruptcy |
| PAUL A. AND MELISSA D. BRINTZENHOFF, | Bankruptcy No. 14-16095 REF |
| Debtors | |

## ORDER

Upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and upon Debtors having certified that the Motion was served on all interested parties, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

**Date: September 28, 2016**

*[signature]*

**Richard E. Fehling**
**United States Bankruptcy Judge**

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, P.C.
1100 Berkshire Boulevard, Suite 301
Wyomissing, PA  19610

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

**Frederick L. Reigle, Esquire**
**Chapter 13 Trustee**
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606