**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Chapter 13 Bankruptcy |
|---|---|
| Paul A. and Melissa D. Brintzenhoff, | Bankruptcy No. 14-16095 REF |
| Debtors | |

**CERTIFICATE OF NO RESPONSE**

   I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtors' Application for Allowance of Compensation and Reimbursement of Expenses and the Debtors request that the court grant the Debtors' Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date:  October 25, 2016

            Respectfully submitted,

            **Hartman, Valeriano, Magovern & Lutz, P.C.**

   by:  */s/ George M. Lutz*

            George M. Lutz, Esquire
            1100 Berkshire Blvd., Suite 301
            Wyomissing, PA  19610
            Attorney I.D. No. 46437
            Phone:  610-779-0772