United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Paul A. Brintzenhoff
Melissa D. Brintzenhoff
    Debtors

Case No. 14-16095-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Nov 01, 2016
                       Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2016.
db/jdb      +Paul A. Brintzenhoff,   Melissa D. Brintzenhoff,   322 Fancy Hill Road,    Boyertown, PA 19512-8152
cr      +Green Tree Servicing LLC,   c/o: Joshua I Goldman, Esq.,   701 Market St. Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016      Signature: /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
       GEORGE M. LUTZ    on behalf of Joint Debtor Melissa D. Brintzenhoff glutz@hvmllaw.com,    amerkey@hvmllaw.com
       GEORGE M. LUTZ    on behalf of Debtor Paul A. Brintzenhoff glutz@hvmllaw.com,   amerkey@hvmllaw.com
       JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
       JOSEPH PATRICK SCHALK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
       JOSEPH PATRICK SCHALK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
       PAUL WILLIAM CRESSMAN    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | **Chapter 13 Bankruptcy** |
|---|---|
| **PAUL A. AND MELISSA D. BRINTZENHOFF,** | **Bankruptcy No. 14-16095 REF** |
| Debtors | |

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $1,500.00 for reimbursement of actual, necessary fees, for the period of May 18, 2015 through October 3, 2016.

**BY THE COURT:**

**Date: November 1, 2016**

_____
**United States Bankruptcy Judge**

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**Frederick L. Reigle, Esquire**
P.O. Box 4010
Reading, PA 19606

**George M. Lutz, Esquire**
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

**Paul A. and Melissa D. Brintzenhoff**
322 Fancy Hill Road
Boyertown, PA 19512

**All creditors**