IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of Pennsylvania
READING DIVISION

IN RE: PAUL A BRINTZENHOFF and MELISSA D BRINTZENHOFF

CASE NO. 4-14-BK-16095

CLAIM: 2

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, Cach, Llc hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**CACH, LLC**
**4340 S MONACO ST**
**FL 2**
**DENVER CO 80237-3485**

To the new address below:

**CACH, LLC**
**PO Box 10587**
**Greenville SC 29603-0587**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Susan Gaines                                          Date: 8/16/2017
Susan Gaines
Telephone: (877) 264-5884