**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PAUL A. AND MELISSA D. BRINTZENHOFF,** <br><br> Debtors | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 14-16095 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Response to the Motion for Relief from Automatic Stay of Santander Consumer USA, Inc. d/b/a Chrysler Capital was served upon the addresses listed below by way of electronic means on April 27, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JEROME B. BLANK on behalf of Creditor Green Tree Servicing LLC - paeb@fedphe.com

WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

PAUL WILLIAM CRESSMAN on behalf of Creditor Green Tree Servicing LLC - paeb@fedphe.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor Green Tree Servicing LLC - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS I. PULEO on behalf of Creditor Green Tree Servicing LLC - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

ANDREW SPIVACK on behalf of Creditor Bank of America, N.A. - paeb@fedphe.com

ANDREW SPIVACK on behalf of Creditor Green Tree Servicing LLC - paeb@fedphe.com

                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

                By:    *s/Alyssa J. Merkey*
                          1025 Berkshire Blvd., Suite 700
                          Wyomissing, PA 19610
                          610-779-0772