IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: PAUL A. BRINTZENHOFF )<br>MELISSA D. BRINTZENHOFF )<br>**Debtor(s)** )<br> )<br>SANTANDER CONSUMER USA INC. )<br>dba CHRYSLER CAPITAL )<br>**Moving Party** )<br> )<br>v. )<br> )<br>PAUL A. BRINTZENHOFF )<br>MELISSA D. BRINTZENHOFF )<br>**Respondent(s)** )<br> )<br>SCOTT WATERMAN )<br>**Trustee** | CHAPTER 13<br><br>CASE NO. 14-16095-AMC<br><br>11 U.S.C. 362<br><br>HEARING DATE: **5-23-19 at 9:30 AM** |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtors in settlement of the Motion For Stay Relief, and filed on or about June 26, 2019 in the above matter is APPROVED.

Dated: **July 1, 2019**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE