United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Paul A. Brintzenhoff
Melissa D. Brintzenhoff
    Debtors

Case No. 14-16095-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: PaulP     Page 1 of 1     Date Rcvd: Jul 01, 2019
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.
db/jdb     +Paul A. Brintzenhoff,  Melissa D. Brintzenhoff,  322 Fancy Hill Road, Boyertown, PA 19512-8152

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
      ANDREW   SPIVACK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
      GEORGE M. LUTZ    on behalf of Joint Debtor Melissa D. Brintzenhoff glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com
      GEORGE M. LUTZ    on behalf of Debtor Paul A. Brintzenhoff glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com
      JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      PAUL WILLIAM CRESSMAN    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      THOMAS I. PULEO    on behalf of Creditor    Green Tree Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                               TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: PAUL A. BRINTZENHOFF ) | | |
| MELISSA D. BRINTZENHOFF ) | CHAPTER 13 | |
| **Debtor(s)** ) | | |
| ) | CASE NO. 14-16095-AMC | |
| SANTANDER CONSUMER USA INC. ) | | |
| dba CHRYSLER CAPITAL ) | 11 U.S.C. 362 | |
| **Moving Party** ) | | |
| ) | HEARING DATE: **5-23-19 at 9:30 AM** | |
| v. ) | | |
| ) | | |
| PAUL A. BRINTZENHOFF ) | | |
| MELISSA D. BRINTZENHOFF ) | | |
| **Respondent(s)** ) | | |
| ) | | |
| SCOTT WATERMAN ) | | |
| **Trustee** | | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtors in settlement of the Motion For Stay Relief, and filed on or about June 26, 2019 in the above matter is APPROVED.

Dated: **July 1, 2019**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE