**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**PAUL A. BRINTZENHOFF AND MELISSA D. BRINTZENHOFF,**<br><br>**Debtors** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 14-16095 AMC** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses and requests that the court grant the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date:  July 12, 2019

                                                    Respectfully submitted,

                                                    **Hartman, Valeriano, Magovern & Lutz, P.C.**

                          by:    */s/ George M. Lutz*

                                                    George M. Lutz, Esquire
                                                    1025 Berkshire Blvd., Suite 700
                                                    Wyomissing, PA  19610
                                                    Attorney I.D. No. 46437
                                                    Phone:  610-779-0772