**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 13 Bankruptcy |
| PAUL A. BRINTZENHOFF AND MELISSA D. BRINTZENHOFF, | Bankruptcy No. 14-16095 AMC |
| Debtors | |

**ORDER**

UPON CONSIDERATION of the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Supplemental Application is approved in the amount of $762.00, for reimbursement of actual, necessary fees, for the period of October 4, 2016 through June 21, 2019.

**BY THE COURT:**

**Date: July 15, 2019**

_____
**United States Bankruptcy Judge**

*Copies to:*

Office of the United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, P.C.
1025 Berkshire Blvd., Suite 700
Wyomissing, PA  19610

Scott F. Waterman, Esquire
Chapter 13 Trustee
P.O. Box 4010
Reading, PA 19606

Paul A. and Melissa D. Brintzenhoff
322 Fancy Hill Road
Boyertown, PA  19512

**All creditors**