United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Paul A. Brintzenhoff
Melissa D. Brintzenhoff
    Debtors

Case No. 14-16095-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Randi      Page 1 of 1      Date Rcvd: Jul 15, 2019
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2019.
db/jdb        +Paul A. Brintzenhoff,    Melissa D. Brintzenhoff,    322 Fancy Hill Road,    Boyertown, PA 19512-8152

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
         ANDREW   SPIVACK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
         GEORGE M. LUTZ    on behalf of Joint Debtor Melissa D. Brintzenhoff glutz@hvmllaw.com,
          amerkey@hvmllaw.com;r49419@notify.bestcase.com
         GEORGE M. LUTZ    on behalf of Debtor Paul A. Brintzenhoff glutz@hvmllaw.com,
          amerkey@hvmllaw.com;r49419@notify.bestcase.com
         JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         PAUL WILLIAM CRESSMAN    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
         THOMAS I. PULEO    on behalf of Creditor    Green Tree Servicing LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
          Capital ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                      TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>**PAUL A. BRINTZENHOFF AND**<br>**MELISSA D. BRINTZENHOFF,**<br><br>**Debtors** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 14-16095 AMC** |
|---|---|

**ORDER**

UPON CONSIDERATION of the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Supplemental Application is approved in the amount of $762.00, for reimbursement of actual, necessary fees, for the period of October 4, 2016 through June 21, 2019.

**BY THE COURT:**

**Date: July 15, 2019**

_____
**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
**833 Chestnut St., Ste. 500**
**Philadelphia, PA 19107**

**Scott F. Waterman, Esquire**
**Chapter 13 Trustee**
**P.O. Box 4010**
**Reading, PA 19606**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, P.C.**
**1025 Berkshire Blvd., Suite 700**
**Wyomissing, PA 19610**

**Paul A. and Melissa D. Brintzenhoff**
**322 Fancy Hill Road**
**Boyertown, PA 19512**

**All creditors**