```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania

In re:                                                              Case No. 14-16095-amc
Paul A. Brintzenhoff                                                Chapter 13
Melissa D. Brintzenhoff
     Debtors                       CERTIFICATE OF NOTICE
District/off: 0313-4           User: Randi                  Page 1 of 3                   Date Rcvd: Nov 20, 2019
                               Form ID: 138NEW              Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db/jdb         +Paul A. Brintzenhoff,    Melissa D. Brintzenhoff,    322 Fancy Hill Road,
                 Boyertown, PA 19512-8152
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Green Tree Servicing LLC,    c/o: Joshua I Goldman, Esq.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
cr             +Santander Consumer USA Inc., d/b/a Chrysler Capita,    P.O. Box 961275,
                 Fort Worth, TX 76161-0275
13357849       +Advanced Disposal Services Schwenksville,    P.O. Box 6484,    Carol Stream, IL 60197-6484
13357851       +BAC HOME LOANS SERV LP,    4161 PIEDMONT PKWY,    GREENSBORO, NC 27410-8175
13394531       +BANK OF AMERICA,N.A.,    ATTN: BANKRUPTCY DEPT.,    MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
                 SIMI VALLEY, CA 93065-6414
13389283       +Bank of America NA,    JOSEPH PATRICK SCHALK,    Phelan Hallinan & Schmieg, LLP,
                 1617 JOHN F. KENNEDY BLVD. , SUITE 1400,    PHILADELPHIA, PA 19103-1814
13357852       +Best Buy/HSBC,    P.O. Box 5893,    Carol Stream, IL 60197-5893
13357853       +Borough of Boyertown,    100 South Washington Street,    Boyertown, PA 19512-1521
13357854       +CACH LLC,    c/o Corryn L. Kronnagel, Esquire,    The Law Firm of Allan C. Smith, P.C.,
                 1276 Veterans Hwy, Suite E-1,    Bristol, PA 19007-2597
13357855       +Card Services,    c/o Simple Recovery Systems,    250 North Orange Avenue,    Suite 900,
                 Orlando, FL 32801-1847
13357858       +DIAMOND CU,    1600 MEDICAL DR,    POTTSTOWN, PA 19464-3281
13357857       +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
13357859       +G. Bass Oil Co., Inc.,    P.O. Box 273,    Oley, PA 19547-0273
13472061       +GREEN TREE SERVICING LLC,    PAUL WILLIAM CRESSMAN,    Phelan Hallinan,    1617 JFK Blvd.,
                 Philadelphia, PA 19103-1821
14323593       +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C,
                 1025 Berkshire Blvd., Suite 700,    Wyomissing, PA 19610-1284
13505717       +George M. Lutz, Esquire,    Case, DiGiamberardino & Lutz, P.C.,    845 North Park Road, Suite 101,
                 Wyomissing, PA 19610-1342
13357860       +Goodwill Fire Company,    c/o Commercial Acceptance Co. Ambulance,    P.O. Box 3268,
                 Camp Hill, PA 17011-3268
13420674       +Green Tree Servicing LLC,    c/o KML Law Group, PC,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
13357862       +HSBC BANK,    PO BOX 30253,    Salt Lake City, UT 84130-0253
13357864      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court: Met-Ed,     P.O. Box 16001,    Reading, PA 19612-6001)
13413206       +MetEd A FirstEnergy Company,    FirstEngergy Corp,    331 Newman Springs Road, Bldg 3,
                 Red Bank NJ 07701-5688
13409108        NCEP, LLC, assignee of UNITED DEBT,    HOLDINGS, LLC,    c o Becket and Lee LLP,    POB 3001,
                 Malvern, PA 19355-0701
13357866        Physiotherapy Corporation PP,    P.O. Box 824181,    Philadelphia, PA 19182-4182
13357867        Pottstown Clinic Company, LLC,    P.O. Box 8755,    Belfast, ME 04915-8755
13357868       +Professional Pharmacy & Convalescent Pro,    920 North Charlotte Street,
                 Pottstown, PA 19464-3999
14314434       +Santander Consumer USA Inc.,    d/b/a Chrysler Capital,    Morton & Craig,
                 110 Marter Avenue, Ste 301,    Moorestown, NJ 08057-3125
14314433       +Santander Consumer USA Inc.,    d/b/a Chrysler Capital,    P.O. Box 961275,
                 Fort Worth, TX 76161-0275
13357869        St. Joseph Medical Group,    5600 Brainerd Road, Suite 500,    Chattanooga, TN 37411-5371
13452853       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13357872       +TD Bank, N.A.,    c/o NCB Management Services Inc.,    POB 1099,    Langhorne, PA 19047-6099

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2019 04:11:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 21 2019 04:11:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13369535        E-mail/Text: ally@ebn.phinsolutions.com Nov 21 2019 04:11:13
                 Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13357850       +E-mail/Text: ally@ebn.phinsolutions.com Nov 21 2019 04:11:13     Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
13413260        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 21 2019 04:16:31
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13377506        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2019 04:15:46     CACH, LLC,
                 PO Box 10587,    Greenville SC 29603-0587
```

```
District/off: 0313-4          User: Randi              Page 2 of 3                  Date Rcvd: Nov 20, 2019
                              Form ID: 138NEW          Total Noticed: 52


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13357856       +E-mail/Text: documentfiling@lciinc.com Nov 21 2019 04:11:12      Comcast,    400 Riverfront Drive,
                 Reading, PA 19602-2670
13357861       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 21 2019 04:11:21      GREEN TREE MORTGAGE,    POB 6172,
                 RAPID CITY, SD 57709-6172
13380938       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 21 2019 04:11:21      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
13357863       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 21 2019 04:11:40      HSBC BANK,
                 c/o Midland Credit Management,    8875 Aero Drive,    San Diego, CA 92123-2251
13357865       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 21 2019 04:11:40      MIDLAND FUNDING LLC,
                 8875 AERO DRSUITE 200,    SAN DIEGO, CA 92123-2255
13357871       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2019 04:15:45
                 TARGET NATIONAL BANK,    c/o CACH, LLC,    4340 South Monac Street, 2nd Floor,
                 Denver, CO 80237-3485
13357870       +E-mail/Text: paparalegals@pandf.us Nov 21 2019 04:12:06      TARGET NATIONAL BANK,
                 c/o Gregg L. Morris, Esquire,    213 East Main Street,    Carnegie, PA 15106-2701
13391638        E-mail/Text: bankruptcy@td.com Nov 21 2019 04:11:41      TD Bank N.A.,    Attn: Bankruptcy Dept.,
                 ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
13357873        E-mail/Text: bankruptcy@td.com Nov 21 2019 04:11:41      TD Bank, N.A.,    PO Box 9547,
                 Portland, ME 04112-9547
13357874       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 21 2019 04:11:12
                 Verizon,    Bankruptcy Dept.,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                                TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC   29603-0587
13802371       ##+George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C,
                 1100 Berkshire Blvd., Suite 301,    Wyomissing, PA 19610-1292
                                                                                        TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
          ANDREW   SPIVACK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          GEORGE M. LUTZ    on behalf of Debtor Paul A. Brintzenhoff glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          GEORGE M. LUTZ    on behalf of Joint Debtor Melissa D. Brintzenhoff glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          PAUL WILLIAM CRESSMAN    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor    Green Tree Servicing LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
           Capital ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
```

```
District/off: 0313-4          User: Randi              Page 3 of 3              Date Rcvd: Nov 20, 2019
                              Form ID: 138NEW          Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Paul A. Brintzenhoff and Melissa D. Brintzenhoff

      Debtor(s)

Bankruptcy No: 14–16095–amc
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        400 Washington Street
        Suite 300
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 11/20/19

69 – 68
Form 138_new